IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KADARIUS CHEATHAM, | ) | |
| | ) | Civil Action File No.: |
| Plaintiff, | ) | CV125-005 |
| | ) | |
| v. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| KYLER FERN, DIA'MONTE O'NEAL, GERARDO SANCHEZ, JR., WAYNE CUYLER and KAREN GEETING, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES the undersigned, Davis A. Dunaway, and files his Entry of Appearance on behalf of the defendants Kyler Fern, Dia'Monte O'Neal, Gerardo Sanchez, Jr., Wayne Cuyler, and Karen Geeting in the above-referenced matter.

This 17th day of February, 2026.

/s/ Davis A. Dunaway
Davis A. Dunaway
Georgia Bar Number: 232902
Attorney for Defendants Kyler Fern, Dia'Monte O'Neal, Gerardo Sanchez, Jr., Wayne Cuyler, and Karen Geeting

Of Counsel:

Hull Barrett, PC
Post Office Box 1564
Augusta, Georgia 30903-1564
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
ddunaway@hullbarrett.com

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **Entry of Appearance** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

Samantha J. Funt
Zack Greenamyre
Mark Verstraete
Joseph Andrew Canter
Mitchell Shapiro Greenamyre Funt
881 Piedmont Ave. NE
Atlanta, GA 30309
sam@mitchellshapiro.com
zack@mitchellshapiro.com
mark@mitchellshapiro.com
andrew@mitchellshapiro.com

This 17th day of February, 2026.

*/s/ Davis A. Dunaway*______________
Davis A. Dunaway