**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| KADARIUS CHEATHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action File No.: |
| v. | ) | CV125-005 |
| | ) | |
| KYLER FERN, DIA'MONTE O'NEAL, | ) | |
| GERARDO SANCHEZ, JR., WAYNE | ) | |
| CUYLER and KAREN GEETING, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

NOW COME the plaintiff, Kadarius Cheatham, and the defendants, Kyler Fern, Dia'monte O'Neal, Gerardo Sanchez, Jr., Wayne Cuyler, and Karen Geeting, in response to the Court's February 9, 2026 Order (doc. 24), and jointly provide the Court with a status report as follows:

1. The parties conducted a mediation of the above-styled matter on February 25, 2026.

2. The mediation was successful, and the parties were able to resolve the case.

3. The parties are in the process of completing settlement paperwork to conclude the resolution of the case. The parties expect the settlement paperwork and remaining items concerning settlement of the case to be completed shortly and will apprise the Court when these remaining items are completed.

-2-

This 18 day of March, 2026.

/s/ *Samantha J. Funt*
Samantha J. Funt
Georgia Bar No. 943783
Joseph Andrew Canter
Georgia Bar No. 365212
MITCHELL SHAPIRO GREENAMYRE & FUNT LLP
881 Piedmont Avenue
Atlanta, Georgia 30309
Phone: 404-812-4747
Fax: 404-812-4740 sam@mitchellshapiro.com
andrew@mitchellshapiro.com
*Counsel for Plaintiff*

/s/ *James B. Ellington*
James B. Ellington
Georgia Bar No. 243858
Davis A. Dunaway
Georgia Bar No. 232902
HULL BARRETT, PC
Post Office Box 1564
Augusta, GA 30903-1564
Phone: 706-722-4481
jellington@hullbarrett.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **Joint Status Report** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

Samantha Funt
Zach W. Greenamyre
Mark Verstraete
Joseph Andrew Canter
881 Piedmont Ave. NE
Atlanta, GA  30309
sam@mitchellshapiro.com
zack@mitchellshapiro.com
mark@mitchellshapiro.com
andrew@mitchellshapiro.com

This 18 day of March, 2026.

/s/ James B. Ellington
James B. Ellington