IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KADARIUS CHEATHAM,                    *
                                      *
     Plaintiff,                       *
                                      *
                                      *
     v.                               *
                                      *          CV 125-005
KYLER FERN, et al.,                   *
                                      *
     Defendants.                      *
                                      *
                                      *

———————————

O R D E R

———————————

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 27.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of April, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA